## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRG ENTERPRISES, INC.<br><br>　　　　Plaintiff,<br>　v.<br><br>FIREMAN'S FUND INSURANCE<br>COMPANY (AN ALLIANZ COMPANY)<br><br>　　　　Defendant. | Civil Action<br><br>No.: 22-3703 |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, KRG Enterprises, Inc. dismisses the above-captioned matter.


　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**RICHARD M. OCHROCH & ASSOCIATES, P.C.**

　　　　　　　By:　　/s/ Brett N. Benton_____
　　　　　　　　　　　Richard M. Ochroch, Esq.
　　　　　　　　　　　Brett N. Benton, Esq.
　`　　　　　　　　Andrew R. Ochroch, Esq.
　　　　　　　　　　　I.D. # 21432 / 93267 / 315797
　　　　　　　　　　　318 S. 16th Street
　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　Phone: (215) 735-2707
　　　　　　　　　　　Facsimile: (215) 790-0491
　　　　　　　　　　　*rochroch@ochroch-law.com*
　　　　　　　　　　　*bbenton@ochroch-law.com*
　　　　　　　　　　　*aochroch@pchroch-law.com*

　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　KRG Enterprises, Inc.

Dated: 12/26/2024

## CERTIFICATE OF SERVICE

I, Brett N. Benton, Esquire, certify that on the date noted below, the foregoing Notice of Dismissal was served on all counsel of record via the Court's ECF system.

**RICHARD M. OCHROCH & ASSOCIATES, P.C.**

By:   /s/ Brett N. Benton
       Richard M. Ochroch, Esq.
       Brett N. Benton, Esq.
`      Andrew R. Ochroch, Esq.
       I.D. # 21432 / 93267 / 315797
       318 S. 16th Street
       Philadelphia, PA 19102
       Phone: (215) 735-2707
       Facsimile: (215) 790-0491
       *rochroch@ochroch-law.com*
       *bbenton@ochroch-law.com*
       *aochroch@pchroch-law.com*

       Attorneys for Plaintiff
       KRG Enterprises, Inc.

Dated: 12/26/2024