IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRG ENTERPRISES, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3703 |
| FIREMAN'S FUND INSURANCE | : | |
| COMPANY (AN ALLIANZ COMPANY) | : | |

**O R D E R**

**AND NOW,** this 26th day of December 2024, it having been reported that the above captioned action has been resolved, it is hereby **ORDERED** as follows: [1]

1. Pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Local Rules of Civil Procedure of this Court, the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; and

2. Defendant's Motion to Dismiss (ECF No. 7) is **DISMISSED** as **MOOT**.

**IT IS SO ORDRED**.

BY THE COURT:

s/ *R. Barclay Surrick*
_____
**R. BARCLAY SURRICK**

Civ. 2 41.1(b) (4/21)

---

[1] On December 26, 2024, Plaintiff KRG Enterprises, Inc. filed a Notice of Voluntary Dismissal (*see* ECF No. 10).